1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| SACCANI DISTRIBUTING COMPANY, a California corporation, | CASE NO.: 2:20-cv-01498-TLN-DB |
|---|---|
| Plaintiff, | Complaint Filed: May 8, 2020<br>Trial Date: Not Yet Scheduled |
| v. | |
| CLEAN CAUSE, INC., a Delaware corporation; and DOES 1 through 20, inclusive, | **ORDER RE TRANSFER VENUE** |
| Defendants. | |

1

ORDER RE TRANSFER VENUE

Pursuant to the Minute Order issued by the Court on September 1, 2021 (ECF No. 10) and after consideration of the Stipulation filed by Plaintiff SACCANI DISTRIBUTING COMPANY ("Plaintiff") and Defendant CLEAN CAUSE, INC. ("Defendant") (collectively, the "Parties") to transfer the above-captioned matter from the United States District Court for the Eastern District of California to the United States District Court for the Southern District of New York, Manhattan Division, the Court hereby orders as follows:

1. This action is hereby transferred from the United States District Court for the Eastern District of California to the United States District Court for the Southern District of New York, Manhattan Division.

**IT IS SO ORDERED.**

DATED: September 23, 2021

_____
Troy L. Nunley
United States District Judge