```
                                                          USDC SDNY
                                                          DOCUMENT
                                                          ELECTRONICALLY FILED
                                                          DOC #:_____
UNITED STATES DISTRICT COURT                              DATE FILED:  06/29/22
SOUTHERN DISTRICT OF NEW YORK
```

-------------------------------------------------------------X
SACCANI DISTRIBUTING COMPANY, a                 :
California corporation,                         :
                                                :
                        Plaintiff,              :
            -against-                           :    21-CV-7942 (VEC)
                                                :
                                                :         ORDER
CLEAN CAUSE, INC., A DELAWARE                   :
CORPORATION; AND DOES 1 THROUGH 20,             :
                                                :
                        Defendants.             :
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on June 29, 2022, the Court was notified the parties reached agreement on a settlement through court-ordered mediation;

    IT IS HEREBY ORDERED THAT all previously scheduled conferences and other deadlines are CANCELLED.

    IT IS FURTHER ORDERED that this case is DISMISSED with prejudice and without costs (including attorneys' fees) to either party.  The Clerk of Court is respectfully directed to terminate all open motions and to CLOSE the case.

    Within **30 days** of this order, the parties may apply to reopen this case.  Any such application must show good cause for holding the case open in light of the parties' settlement and must be filed within **30 days**.  Any request filed after 30 days or without a showing of good cause may be denied solely on that basis.

    Additionally, if the parties wish for the Court to retain jurisdiction to enforce their settlement agreement, they must submit **within the same 30-day period**:  (1) their settlement agreement to the Court in accordance with Rule 7.A of the Court's Individual Practices and (2) a

request that the Court issue an order expressly retaining jurisdiction to enforce the settlement agreement.  *See Hendrickson v. United States*, 791 F.3d 354 (2d Cir. 2015).

**SO ORDERED.**

**Date:  June 29, 2022**
**         New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**